**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PATTY DEANDA** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 3:15-CV-3465-D** |
| | § | |
| **COMPANION PROPERTY AND** | § | |
| **CASUALTY INSURANCE** | § | |
| **COMPANY,** | § | |
|     **Defendant.** | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, **Patty Deanda,** respectfully submits this Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. **Plaintiff:**
   Patty Deanda

2. **Plaintiff's Counsel:**
   Bill L. Voss
   Scott G. Hunziker
   The Voss Law Firm, P.C.
   The Voss Law Center
   26619 Interstate 45
   The Woodlands, Texas 77380
   Telephone: (713) 861-0015
   Facsimile: (713) 861-0021
   bill.voss@vosslawfirm.com
   scott@vosslawfirm.com

3. **Defendant:**
   Companion Property and Casualty Insurance Company

1

4. **Defendant's Counsel:**
Eamonn J. Wiles
Shannon, Gracey, Ratliff & Miller, L.L.P.
420 Commerce Street, Suite 500
Forth Worth, Texas 76102
Telephone: 817-336-9333
Facsimile: 817-336-3735

ewiles@shannongracey.com

rschafer@shannongracey.com

In accordance with this Court's Order, if new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Respectfully submitted,

**THE VOSS LAW FIRM, P.C.**

*/s/ Scott G. Hunziker*
Scott G. Hunziker
State Bar No. 24032446
Federal District Bar No. 38752
scott@vosslawfirm.com
*Attorney in-Charge*
*for Plaintiff Patty Deanda*

**OF COUNSEL:**
Bill L. Voss
State Bar No. 24047043
Southern District Bar No. 602663
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
bill.voss@vosslawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the **6th day of November, 2015**, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system, pursuant to Federal Rules of Civil Procedure 5(b), and as follows:

> Eamonn J. Wiles
> Shannon, Gracey, Ratliff & Miller, L.L.P.
> 420 Commerce Street, Suite 500
> Forth Worth, Texas 76102
> Telephone: 817-336-9333
> Facsimile: 817-336-3735
> ewiles@shannongracey.com
>
> rschafer@shannongracey.com
>
> *Attorneys for Defendant Companion Property and Casualty Insurance Company*
> ***Via E-Service***

                                                */s/ Scott G. Hunziker*